STATE OF NEW JERSEY v. JOHN ALSTON.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD GARTH HUNTER.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ALONZO JENKINS.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW CLARK.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. OLLIE ROSCOE EATON.

May 2, 1989.

Petition for certification denied.